# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 5th day of November, two thousand and fifteen.

Before:     Ralph K. Winter,
                *Circuit Judge.*

| | |
|---|---|
| Leeland F. Gray, Jr., Kirsten Gray, 145 Eden Hill Road, LLC, Deutsch American Partners, Ltd., Gray Friesian Farm, LLC, | **ORDER**<br>Docket No. 15-2448 |

Plaintiffs - Appellants,

v.

Robert Maquat, Wallace Williams, Steven Carlson, Paul Dominianni, Darrin Silhavy, Milan Spisek, Robert DeVellis, Phillip Doremus, Town of Easton, Town of Easton Planning & Zoning Commission, Russell Leggett,

Defendants - Appellees.

Appellants move for an extension of time until December 1, 2015 to file the brief and appendix.

IT IS HEREBY ORDERED that the motion is GRANTED. However, no further extensions will be granted, and none should be sought. The appeal is dismissed effective December 1, 2015, unless a brief is filed by that date. A motion for reconsideration or other relief will not stay the effectiveness of this order. See RLI Ins. Co. v. JDJ Marine, Inc., 716 F.3d 41, 43-45 (2d Cir. 2013).

For The Court:

Catherine O'Hagan Wolfe,
Clerk of Court

