UNITED STATES COURT OF APPEALS
for the
SECOND CIRCUIT

_____

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 7th day of December, two thousand and fifteen,

_____

| | |
|---|---|
| Leeland F. Gray, Jr., Kirsten Gray, 145 Eden Hill Road, LLC, Deutsch American Partners, Ltd., Gray Friesian Farm, LLC, | **ORDER**<br>Docket No: 15-2448 |

Plaintiffs - Appellants,

v.

Robert Maquat, Wallace Williams, Steven Carlson, Paul Dominianni, Darrin Silhavy, Milan Spisek, Robert DeVellis, Phillip Doremus, Town of Easton, Town of Easton Planning & Zoning Commission, Russell Leggett,

Defendants - Appellees,

Timothy P. Brady, Bernadette H. Brady,

Intervenors.

_____

Counsel for Appellees has filed a scheduling notification pursuant to the Court's Local Rule 31.2, setting February 29, 2016 as the brief filing date.

It is HEREBY ORDERED that Appellees's brief must be filed on or before February 29, 2016. If the brief is not filed by that date, the appeal will proceed to a merits panel for determination forthwith, and Appellees will be required to file a motion for permission to file a brief and appear at oral argument. A motion to extend the time to file the brief or to seek other relief will not toll the filing date. See Local Rule 27.1(f)(1); cf. RLI Insurance Co. v. JDJ Marine, Inc., 716 F.3d 41, 43-45 (2d Cir. 2013).

For The Court:

Catherine O'Hagan Wolfe,
Clerk of Court

